IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CORRY ROBERT STARKS,<br><br>Defendant. | **4:22CR3087**<br><br>**ORDER** |

Defendant moved to continue Defendant's change of plea hearing. (Filing No. 55) because the parties are still engaged in negotiations. The court will grant the motion by setting a plea hearing and a trial date, with the trial to be held if the defendant chooses not to plead guilty.

IT IS ORDERED:

1) If the defendant chooses to plead guilty, the plea hearing will be held before the undersigned magistrate judge in Courtroom 2, Lincoln Federal Building on May 16, 2023 at 2:00 p.m. Defendant is ordered to appear at this hearing.

2) The trial of this case is set to commence before John M. Gerrard, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on June 27, 2023, or as soon thereafter as the case may be called, for a duration of four (4) trial days. Jury selection will be held at commencement of trial.

3) The government's expert witness disclosures as required under Rule 16 must be served on or before May 26, 2023, with any defense Rule 16 expert disclosures served on or before June 9, 2023, and any rebuttal opinions disclosed on or before June 16, 2023.

4) The time between April 21, 2023 and June 27, 2023, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act because the parties require

additional time to adequately prepare the case for trial, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under the court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

April 21, 2023.                                    BY THE COURT:

                                                   *s/ Cheryl R. Zwart*
                                                   United States Magistrate Judge

Dated this 21st day of April, 2023.

                                                   BY THE COURT:

                                                   *s/ Cheryl R. Zwart*
                                                   United States Magistrate Judge